UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:                                                                  Chapter 7
                                                                        Case No.
Fidel Abreu-Benitez, aka Fidel Abreu
aka Fidel Abreu Benitez,
                        Debtor.
-----------------------------------------------------------------x

### Debtor's Statement Regarding Payment Advices Required by 11 U.S.C. Section 521(a)(1)(B)(iv)

I Fidel Abreu-Benitez state as follows:

I have not filed with the court copies of all payment advices or other evidence of payment received from an employer within 60 days before the date of filing of the petition because:

- ☐ I was not employed during the 60 days before the date of the filing of the petition.

- ☐ I was not employed during the following dates before filing my petition _____ to _____.

- ☐ I was employed during the 60 day period before filing my petition but did not receive any payment advices or other evidence of payment from my employer.

- ☐ I was employed during the 60 day period before filing my petition but received payment advices only for the pay periods from _____ to _____, which have been filed with the Court.

- ☒ I was self-employed during the 60 day period before filing my petition and did not receive any evidence of payment from an employer.

- ☐ Other reason _____.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct.

_3/7/17_____                          _____[signature]_____
        Date                                                            Signature