UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                    Chapter 7

FIDEL ABREU-BENITEZ
aka FIDEL ABREU
aka FIDEL ABREU BENITEZ,                                           Case No. 8-17-71325-ast

                        Debtor.
-------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING TIME
## TO CONTEST DISCHARGEABILITY OF DEBT

**WHEREAS**, Fidel Abreu-Benitez (the "Debtor") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") on March 7, 2017; and

**WHEREAS**, Robert Pszeniczny ("Creditor") has a pre-petition claim (the "Claim") against the Debtor; and

**WHEREAS**, Creditor is engaged in a good faith effort to determine whether Creditor has any basis to object to the dischargeability of the Claim; and

**WHEREAS**, the first meeting of creditors pursuant to 11 U.S.C. § 341(a) was held on April 18, 2017; and

**WHEREAS**, pursuant to Rule 4007 Fed. R. Bankr. P. Creditor would have a period of sixty (60) days from the date of the first meeting of creditors to contest the dischargeability of a debt.

**NOW THEREFORE, IT IS MUTUALLY AGREED AND STIPULATED** by and between counsel for the Debtor and the Creditor and as follows:

1. Subject to the approval of the Bankruptcy Court, the time within which the Creditor may file a complaint objecting to the dischargeability of the Claim, pursuant to Bankruptcy Code

1

§523, is extended up to, and including, July 17, 2017, without prejudice to the Creditor's right to seek a further extension.

2.    This Stipulation may be signed in counterpart which, when taken together, shall constitute one original document. Electronically transmitted signatures shall be deemed as original.

3.    This Stipulation shall be submitted by Creditor to the Bankruptcy Court for its approval.

Dated:  New Hyde Park, New York
       May 3, 2017

| WEISS ZARETT BROFMAN SONNENKLAR & LEVY, P.C. *Attorneys for Robert Pszeniczny* | THALER LAW FIRM PLLC *Attorneys for Fidel Abreu-Benitez* |
|---|---|
| By: s/Michael D. Brofman<br>   Michael D. Brofman, Esq.<br>   3333 New Hyde Park Road, Suite 211<br>   New Hyde Park, NY   11042<br>   516.627.7000 | By: s/Andrew M. Thaler<br>   Andrew M. Thaler, Esq.<br>   675 Old Country Road<br>   Westbury, New York 11590<br>   516.279.6700 |

**SO ORDERED:**



**Dated: May 9, 2017**
      **Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**